IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ALLEN WANLESS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 11-952-DRH-DGW |
| | ) |
| CITY OF MURPHYSBORO, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**HERNDON, Chief Judge:**

Before the Court are separate motions to dismiss filed by defendants the City of Murphysboro, Jeremy Kranawetter, and Michael Laughland (Doc. 8), and defendants Julie Loy, Mike Ryan, and Kenny Akins (Doc. 11).  Plaintiffs failed to timely respond to either motion, the deadlines being February 13, 2012, and February 24, 2012, respectively.  Pursuant to Local Rule 7.1(c), the Court considers plaintiffs' failure to timely file a response as an admission on the merits of the motion. SDIL-LR 7.1(c).  Accordingly, defendants' motions to dismiss (Docs. 8 & 12) are granted.  The Court will close the file.

**IT IS SO ORDERED**. Signed this 27th day of February, 2012.

David R. Herndon
2012.02.27
17:44:17 -06'00'

**Chief Judge**
**United States District Court**